Prepared by State Reporter from Appeal Papers

department, entered January 5, 1927, unanimously affirming a judgment of Special Term which affirmed a judgment of the City Court of Buffalo in favor of plaintiff. The action was to recover for damage to plaintiff's automobile arising from a collision with a team of horses attached to a wagon owned and operated by defendant-appellant. The automobile was parked near the curb on the south side of North street, seventy-five feet west of Irving place. The team ran away and dashed into the automobile.

*S. H. Millener* for appellant.

*Frederick F. Grotz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.

---

REBECCA BERG, an Infant, by CLARA BERG, Her Guardian ad Litem, Respondent, *v.* RAPHAEL PRAGER et al., Appellants.

*Negligence — tenement houses — permitting debris from fire to remain on stairs — tenant injured from slipping and falling downstairs.*

*Berg v. Prager*, 219 App. Div. 783, affirmed.

(Argued October 21, 1927; decided November 22, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 4, 1927, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff, a girl fourteen years of age, while walking downstairs in defendant's tenement, where she resided, slipped at the top of the steps leading from the street level and, falling, sustained the injuries complained of. There was evidence that as the result of a fire that had occurred in the building six days prior to the accident, the landing and stairs were covered with debris, charred wood, wet pieces of wall paper and water.

*Theodore H. Lord* and *Fred H. Rees* for appellants.

*Russell H. Kittel* and *Paul M. Abrahams* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.

---

GERTRUDE E. VAIL, as Executrix of MARY E. AUWELL, Deceased, Appellant, *v.* CECILE J. WIDNER, Respondent, Impleaded with Another.

*Fraud — false representations — trust — action by mother to recover money deposited in name of her daughter in trust for herself.*

*Vail* v. *Widner*, 218 App. Div. 859, affirmed.

(Submitted October 21, 1927; decided November 22, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 17, 1926, reversing upon the law and the facts a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and granting a new trial. The action was brought by testatrix in her lifetime to recover money which she had deposited in a savings bank in the name of her daughter in trust for herself. The complaint alleged that testatrix was induced to make such deposit by fraudulent misrepresentations of the daughter.

*Hugo Hirsh, Emanuel Newman, Benjamin Reass* and *Sylvia Usefof* for appellant.

*Sol. S. Ostertag* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.